UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD L. JOHNSON,

    Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS,

    Defendant.

Case No. C09-5308BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 7). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED** because Plaintiff's complaint is frivolous pursuant to 28 U.S.C. § 1915.

DATED this 14th day of October, 2009.

                                         BENJAMIN H. SETTLE
                                         United States District Judge

ORDER