# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD L. JOHNSON

JUDGMENT IN A CIVIL CASE

v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS,

CASE NUMBER: C09-5308BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** because Plaintiff's complaint is frivolous pursuant to 28 U.S.C. § 1915.

October 15, 2009                           BRUCE RIFKIN
Date                                       Clerk


                                           *s/CM Gonzalez*
                                           Deputy Clerk